IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEANETTE T. MOORE, individually and as personal representative of the Estate of J.M, a minor, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SELMA, ALABAMA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil No. 14-0212-CG-C

## FINAL JUDGMENT

In accordance with the Order granting the Defendants' Motions for Summary, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants, Officer Jonathan McGuire and Chief William T. Riley, III, and against Plaintiff, Jeanette T. Moore, individually and as personal representative of the Estate of J.M., a minor.  It is, therefore, **ORDERED** that the Plaintiff's claims against Defendants, Officer Jonathan McGuire and Chief William T. Riley, III, are hereby **DISMISSED with prejudice**.  Costs are to be taxed against the Plaintiff.

**DONE and ORDERED** this 6th day of July, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE